# Unclaimed Funds

Entered 1/1/2001 to 8/6/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-43459 -msh 19013747 | NINA M. PARKER, ESQ. PARKER & ASSOCIATES 10 CONVERSE PLACE, 2ND FLOOR WINCHESTER, MA 01890-2713 01890-2713 | 2,274.00 | 08/06/2013 |

**Grand Total: 2,274.00**